IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>  v.<br><br>FRANK NASON,<br><br>    Petitioner.<br>                                        / | No. C 04-02613 SI<br>(No. CR 95-0319 SI)<br><br>**ORDER DENYING MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255** |

On October 24, 2005, petitioner filed a Notice of Appeal of this Court's August 22, 2005 Order Denying Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. Petitioner has also filed a Request for Certificate of Appealability pursuant to 28 U.S.C. § 2253(c).

The Court denied petitioner's § 2255 motion because that motion was untimely and petitioner had not demonstrated "extraordinary circumstances" that would have tolled the statute of limitations. Accordingly, the Court concludes that petitioner has not "made a substantial showing of the denial of a constitutional right" as required under 28 U.S.C. § 2253(c), and hereby DENIES the request for a certificate of appealability. The Clerk shall forward to the Court of Appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: November _7___, 2005

                                                      SUSAN ILLSTON<br>
                                                    United States District Judge

United States District Court<br>For the Northern District of California