IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK NASON,

        Petitioner,

  v.

UNITED STATES OF AMERICA,

        Respondent.
                                     /

No. C 04-2613 SI
No. CR 95-319 SI

**ORDER DENYING MOTION FOR LEAVE TO SUPPLEMENT RULE 60(b) MOTION**

     By order filed November 29, 2006, the Court denied petitioner's motion for relief from judgment pursuant to Rule 60(b). (Docket No. 1484 in CR 95-319). On December 1 and 4, 2006, petitioner filed a "correction" to the Rule 60(b) motion, as well as a motion for leave to supplement the Rule 60(b) motion. These filings largely reiterate the contentions made in petitioner's Rule 60(b) motion. For the reasons set forth in the Court's November 29, 2006 order, the Court DENIES petitioner's motion for leave to supplement. (Docket No. 1491 in CR 95-319).

     (Docket Nos. 1474 and 1475 in CR 95-319).

     **IT IS SO ORDERED.**

Dated: December 6 , 2006

                                                 SUSAN ILLSTON
                                                 United States District Judge