IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK NASON,

        Petitioner,

  v.

UNITED STATES OF AMERICA,

        Respondent.
                                /

No. C 04-2613 SI
No. CR 95-319 SI

**ORDER REFERRING REQUEST FOR DISQUALIFICATION PURSUANT TO L.R. 3-15**

    Petitioner/defendant Frank Nason has filed a Motion for Disqualification of Judge. Pursuant to Local Rule 3-15, this motion is referred to the Clerk for random assignment to another Judge.

**IT IS SO ORDERED.**

Dated: December 18 , 2006

                                                SUSAN ILLSTON
                                                United States District Judge