**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK NASON,

      Petitioner,

   v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

No. C 04-2613 SI
CR 95-319 SI

**ORDER DENYING MOTIONS TO
VACATE AND MOTION TO
SUPPLEMENT; NO FURTHER FILINGS
ACCEPTED BY PETITIONER NASON**

    By order filed November 29, 2006, the Court denied petitioner's Rule 60(b) motion for relief from judgment, and by order filed December 6, 2006, the Court denied petitioner's motion for leave to supplement the Rule 60(b) motion.  Petitioner then moved to disqualify the undersigned judge; that motion was referred to Judge Breyer.  Judge Breyer denied the motion to disqualify by order filed January 12, 2007.

    Petitioner has since filed numerous documents, including two motions to vacate the November 29 and December 6, 2006 orders (Docket Nos. 1514 and 1519), and a motion for leave to supplement the Rule 60(b) motion (Docket No. 1523).  Petitioner largely repeats the same arguments contained in his earlier unsuccessful filings.  For the reasons set forth in the earlier orders, the Court DENIES petitioner's motions.

    This petition is closed.  <u>Petitioner is instructed not to file any further documents in this action. The Court shall not accept any further filings.</u>

    **IT IS SO ORDERED.**

Dated: February 5, 2007

                                  _____
                                  SUSAN ILLSTON
                                  United States District Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28